IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES FOR THE<br>AMERICAN LINE BUILDERS<br>JOINT APPRENTICESHIP AND<br>TRAINING TRUST FUND, et. al., | *<br><br>* | CASE NO.  3:14-CV-214 |
| Plaintiffs, | * | JUDGE THOMAS ROSE |
| vs. | * | |
| | * | |
| BRIGHT STREET, LLC, | * | ORDER GRANTING<br>PLAINTIFFS' MOTION<br>FOR DEFAULT JUDGMENT |
| Defendant. | * | |

WHEREAS, Plaintiffs Trustees for the American Line Builders Joint Apprenticeship and Training Trust Fund and American Line Builders Joint Apprenticeship and Training filed their Complaint on June 26, 2014;

WHEREAS, the Defendant failed to file a timely answer or otherwise plead;

WHEREAS, the Clerk of this Court issued an Entry of Default on September 16, 2014;

NOW THEREFORE, upon motion of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendant in accordance with the Motion for Default Judgment and exhibits thereto; and

**IT IS HEREBY ORDERED** that a Default Judgment is entered on behalf of the Plaintiffs and against the Defendant in the amount of $19,057.66, representing

contributions owed, liquidated damages, interest, reasonable attorney fees, and costs of this action.

Additionally, **JUDGMENT IS ENTERED** on behalf of Plaintiffs for accumulated interest for late and/or unpaid contributions from the respective due dates of such contributions at the rate of one percent (1%) per month from the due date until paid in full and for reasonable attorney's fees incurred in connection with the collection of the unpaid amounts in an amount to be determined upon the completion of the collection of all unpaid contributions.

ENTERED:

By:

s/Thomas M. Rose

_____
UNITED STATES DISTRICT
JUDGE/MAGISTRATE JUDGE

Dated:

April 29, 2015

_____

Prepared by the Attorney for Plaintiffs:

David M. Pixley (0083453)
Ledbetter, Parisi, Sollars LLC
9240 Market Place Drive
Miamisburg, Ohio 45342
937.619.0900 (ph)
937.619.0999 (fx)